IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT LELAND HICE,<br><br>Defendant. | CR 15-99-BLG-SPW<br><br>ORDER |

Upon the Defendant's Notice to file Exhibit to Defendant's Motion for Order Allowing Early Release from Supervision Under Seal (Doc. 48), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Defendant's Motion (Doc. 48) is **GRANTED**. The Exhibit to Defendant's Motion shall be filed under seal.

The Clerk of the Court is to notify counsel of the making of this Order.

DATED this 8th day of November, 2021.

SUSAN P. WATTERS
United States District Judge

1