IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT LELAND HICE,<br><br>Defendant. | CR 15-99-BLG-SPW<br><br><br>ORDER GRANTING EARLY<br>TERMINATION OF<br>SUPERVISION |

Upon the Defendant's Motion to Terminate Supervised Release (Doc. 47),

pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good cause

being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED.

Robert Leland Hice's supervised release is terminated as of the date of this Order.

The Clerk shall forthwith notify the parties and the U.S. Probation Office of

the making of this Order.

DATED this 22nd day of November, 2021.

SUSAN P. WATTERS
United States District Judge